[No. 3970–1. Division One. March 21, 1977.]

*In the Matter of the Marriage of* NANCY ANN BROWN, *Respondent, and* ROBERT JAMES BROWN III, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–71842, James W. Mifflin, J., entered June 19, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3675–1. Division One. March 21, 1977.]

WILLIAM F. SOLBACH, *as Administrator, Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 771981, Robert W. Winsor, J., entered February 27, 1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Williams and Callow, JJ.

[No. 4106–1. Division One. March 21, 1977.]

*In the Matter of the Marriage of* CONSTANCE A. SABIR, *Respondent, and* NOOR A. SABIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–66245, Charles R. Denney, J. Pro Tem., entered October 1, 1975. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Andersen, J.